In the matter of the application for probate of the last will and testament of MICHAEL ALLEN, deceased.

[Decided May 3d, 1918.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Leaming, whose opinion is reported in *88 N. J. Eq. 291.*

*Mr. Huntley. S. Beckett* and *Mr. Lewis Starr,* for the petitioner-appellant.

*Mr. David O. Watkins* and *Mr. Austin H. Swackhamer,* for the defendants-respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.